# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LULA MITCHELL, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:21-cv-347-TFM-B |
| | ) |
| **ALLSTATE VEHICLE AND** | ) |
| **PROPERTY INSURANCE COMPANY,** | ) |
| **et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court are *Defendants' Rule 12(b)(6) Motion to Dismiss and Rule 23(d)(1)(D) Motion to Strike Class Allegations and Brief in Support* (Doc. 17, filed 10/25/21) and *Defendants' Motion for Certification of Question and Brief in Support* (Doc. 22, filed 10/26/21). Plaintiff is **ORDERED** to show cause on or before **November 16, 2021** why either motion should not be granted. Defendant has until **November 23, 2021** to file any reply it wishes to file. The motions shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

All parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned should they exceed twenty (20) pages (including exhibits). The courtesy copies shall be delivered within 5 days of their electronic filing.

**DONE** and **ORDERED** this 2nd day of November 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE