IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES MITCHELL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 2:21-cv-347-TFM-B |
| | ) |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 3rd day of August, 2023.

                                                          s/Terry F. Moorer
                                                          TERRY F. MOORER
                                                          UNITED STATES DISTRICT JUDGE